STEINE *v.* SILVER *et al.*

BECK, J. The exceptions to the charge of the court are without merit, and there is abundant evidence to support the verdict. *Allen* v. *Pearce,* 84 *Ga.* 606 (10 S. E. 1015); *Jones* v. *Dannenberg Company,* 112 *Ga.* 426 (37 S. E. 729, 52 L. R. A. 271).

*Judgment affirmed. All the Justices concur.*
JULY 21, 1913.

Mortgage foreclosure. Before Judge Walker. Warren superior court. April 25, 1912.

*E. P. Davis* and *L. D. McGregor,* for plaintiff.

*E. T. Shurley* and *M. L. Felts,* for defendants.